

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| JAMES DOE on behalf of his minor child, LUCY DOE, <br>     Plaintiff, <br><br> v. <br><br> METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, d/b/a, METROPOLITAN NASHVILLE PUBLIC SCHOOLS, <br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:20-cv-00004 <br> Judge Crenshaw <br> Magistrate Judge Frensley |
| E. DOE on behalf of F. DOE, <br>     Plaintiff, <br><br> v. <br><br> METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, d/b/a, METROPOLITAN NASHVILLE PUBLIC SCHOOLS, <br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:20-cv-00636 |

## MOTION FOR A TELEPHONE STATUS CONFERENCE

Defendant Metro requests a housekeeping status conference to discuss a timeline for the resolution of the James Doe matter; and also to discuss discovery issues and case management for the E. Doe matter.

As grounds, undersigned counsel would state that the James Doe matter was recently resolved, and Plaintiff's counsel are in the process of finalizing the paperwork for a Joint Petition for Minor Settlement. On January 11, 2024, in anticipation of the James Doe matter being settled, the Parties jointly filed a motion to amend the scheduling order. (Doc. No. 70.) That

motion remains pending and the proposed amended deadlines are either fast approaching or have passed and will need to be further amended. Metro is still awaiting written discovery responses from E. Doe. The request was initially propounded to E. Doe in 2021. Metro needs E. Doe's written responses before it can take E. Doe and F. Doe's depositions. Therefore, Metro requests a status conference to discuss a timeline for the resolution of the James Doe matter and also discovery issues and a new case management order for the E. Doe matter.

Opposing counsel has been contacted about these issues but (as of the filing of this motion) has not responded to this particular effort, initiated yesterday. It is anticipated that there will not be any opposition to this motion and, instead, it will be a matter of working out new deadlines with the Court.

Respectfully submitted,

/s/ *J. Brooks Fox*
J. Brooks Fox, #16096
Suite 108 Metropolitan Courthouse
Post Office Box 196300
Nashville, Tennessee 37219– 6300
Tel. (615) 862-6375
Brook.Fox@nashville.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served via the court's CM/ECF system to Mary Ann Parker and Stephen C. Crofford, Parker & Crofford, 5115 Maryland Way, Brentwood, TN 37027 on February 9, 2024.

/s/ *J. Brooks Fox*
J. Brooks Fox